UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00007-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

STEVEN RAY McMORRINE, JR.,

       Defendant.

---

## ORDER RESETTING MOTIONS HEARING

---

**IT IS ORDERED** that the motions hearing set for February 17, 2006 at 4:00 p.m. is

**VACATED** and **RESET** to **February 17, 2006** at **4:45 p.m.**

Dated this 6th day of February, 2006

BY THE COURT:

Marcia S. Krieger
United States District Judge