IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-cr-00007-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEVEN RAY McMORRINE, JR.,

        Defendant.

_____

## ORDER
_____

        THIS MATTER comes before the Court on the Motion to Withdraw as Counsel and request to vacate the May 2, 2006 Suppression Hearing **(#25)**. The Court having reviewed the Motion and being fully advised, hereby

        VACATES the May 2, 2006 Suppression Hearing and **sets the Motion to Withdraw as Counsel for hearing on May 2, 2006 at 8:30 a.m.**

        Dated this 26th day of April 2006.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge