UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00007-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STEVEN RAY McMORRINE, JR.,

        Defendant.

## ORDER DIRECTING SUPPLEMENTAL AUTHORITY

THIS MATTER comes before the Court on the Defendant's motion to suppress. Upon consideration of the evidence and argument presented at the evidentiary hearing held June 8 and July 5, 2006, and the parties' original motion and response, it appears that neither of the parties have addressed the issue of taint under *Brown v. Illinois*, 422 U.S. 590, 591-92 (1975), and *United States v. Melendez-Garcia*, 28 F.3d 1046, 1053-54 (10th Cir. 1994) .

**IT IS THEREFORE ORDERED** that on **September 5, 2006**, the parties are directed to simultaneously file supplemental briefs containing any case authority they believe applies to the evidence presented which addresses this issue.

Dated this 25th day of August, 2006

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge