IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date: January 22, 2007
Court Reporter:    Paul Zuckerman
Probation Officer: Doug Randolph

Criminal Action No. 06-cr-00007-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   David Conner

      Plaintiff,

v.

STEVEN RAY MCMORRINE, JR.,                  Thomas Ward

      Defendant.

---

### SENTENCING MINUTES

---

**10:02 a. m.    Court in session**.

Defendant present in custody.

**Change of Plea Hearing on September 29, 2006. Defendant pled guilty to Count 1 of the Indictment. The Court deferred acceptance of defendant's plea until time of sentencing.**

Argument by the Government on it's Motion for Downward Departure.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report other than defendant's challenge to the restitution amount. The parties agree the restitution amount is $3,685.00.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statement made by: the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument was made.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**      The Government's Motion for Downward Departure **(Doc. #54)** is **GRANTED.**

The Court accepts defendant's plea and the plea agreement at this time.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

Defendant is advised of the right to an appeal.

**ORDER:**      Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:32 a.m.**      **Court in recess.**

Total Time:    30 minutes
Hearing concluded.